**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JUAN HERNANDEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-747 |
| | ) | Judge Nora Barry Fischer |
| MR. ZAKAN, Superintendent, et. al., | ) | Magistrate Judge Christopher B. Brown |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM ORDER**

AND NOW, this 29th day of April, 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Christopher B. Brown on April 8, 2026, (Docket No. 10), recommending that Petitioner Juan Hernandez's § 2254 Petition (Docket No. 1) be dismissed, with prejudice and that a certificate of appealability be denied, and directing that objections by ECF users were due by April 23, 2026 and objections by non-ECF users like Petitioner be filed by April 27, 2026, (Docket No. 16), no objections having been lodged as of the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of April 8, 2026, (Docket No. 10),

IT IS HEREBY ORDERED that the Report and Recommendation [10] is ADOPTED as the Opinion of this Court;

IT IS FURTHER ORDERED that the Petition (Docket No. 1) is DISMISSED, with prejudice, and the Court finds that Petitioner's claims are procedurally defaulted and he has not advanced any argument as to why the Court should excuse the procedural default of his claims, as stated in the Report and Recommendation;

1

IT IS FURTHER ORDERED that no certificate of appealability shall issue because Petitioner has not made a substantial showing of the denial of a Constitutional right or shown that jurists of reason would disagree that the Petition should be denied, *see Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and,

IT IS FURTHER ORDERED that an appropriate judgment follows.

<u>s/Nora Barry Fischer</u>
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf:   All counsel of record.
          Magistrate Judge Christopher B. Brown

cc:       JUAN HERNANDEZ
          QP-3783
          SCI Albion
          10745 Route 18
          Albion, PA 16475-0001
          (via first class mail)

          JUAN HERNANDEZ
          QP-3783
          SCI Greene
          169 Progress Drive
          Waynesburg, PA 15370
          (via first class mail)

2